UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>vs.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>Defendants. | Case No. 0:11-cv-02542-PAM-TNL<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

---

PLEASE TAKE NOTICE that Richard T. Ostlund and Randy G. Gullickson of the law firm of Anthony Ostlund Baer & Louwagie P.A. will appear as counsel for Defendant Equifirst Corporation in the above-referenced matter.

Dated: October 18, 2011

**ANTHONY OSTLUND BAER**
**& LOUWAGIE P.A.**

By: _s/Randy G. Gullickson_
 Richard T. Ostlund, #144277
 Randy G. Gullickson, #185607
3600 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: 612-349-6969
Facsimile: 612-349-6996

**ATTORNEYS FOR DEFENDANT**
**EQUIFIRST CORPORATION**

#294066