UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTER Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling And Servicing Agreement, dated as of August 1, 2006<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>Defendants. | Case No. 0:11-cv-02542-PAM-TNL<br><br>**DEFENDANT EQUIFIRST CORPORATION'S NOTICE OF HEARING** |

TO:  Plaintiff MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, and its attorneys, Justin H. Perl, Maslon Edelman Borman & Brand, LLP, 3300 Wells Fargo Center, 90 South 7th Street, Minneapolis, MN 55402 and Marc E. Kasowitz, Michael M. Fay, Uri A. Itkin, Kasowitz Benson Torres & Friedman LLP, 1633 Broadway, New York, NY 10019; and Defendant WMC Mortgage Corporation and its attorneys Andrew M. Luger, Greene Espel, 200 South 6th Street, Suite 1200, Minneapolis, MN 55402 and Barbara S. Steiner, Matthew Thomas, Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654.

**PLEASE TAKE NOTICE** that on February 9, 2012, at 10:30 a.m., in Courtroom 7D, at the United States District Courthouse, 316 N. Robert Street, St. Paul, MN 55106, the Court will hear arguments of counsel on Defendant EquiFirst Corporation's motion to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(1) and 12(b)(6).

#297468

October 28, 2011                    **ANTHONY OSTLUND BAER**
                                    **& LOUWAGIE P.A.**


                                    By:   *s/Randy G. Gullickson*
                                          Richard T. Ostlund, #144277
                                          Randy G. Gullickson, #185607
                                    3600 Wells Fargo Center
                                    90 South Seventh Street
                                    Minneapolis, MN  55402
                                    Telephone:  612-349-6969
                                    Facsimile:  612-349-6996
                                    Email:  rostlund@aoblaw.com
                                    Email:  rgullickson@aoblaw.com

                                    **ARNOLD & PORTER LLP**
                                    David B. Bergman
                                    *(admitted pro hac vice)*
                                    Nicholas M. DePalma
                                    *(admitted pro hac vice)*
                                    555 Twelfth Street, NW
                                    Washington, DC  20004-1206
                                    Telephone:  202-942-5000
                                    Facsimile:  202-942-5999
                                    Email:  David.Bergman@aporter.com
                                    Email:  Nicholas.Depalma@aporter.com

                                    **ATTORNEYS FOR DEFENDANT**
                                    **EQUIFIRST CORPORATION**