IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**DEFENDANT WMC'S MOTION TO DISMISS** |

      Defendant WMC Mortgage Corporation ("WMC") moves the Court to dismiss the Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim upon which relief can be granted. WMC will separately file a notice of hearing, memorandum of law, exhibits, and proposed order in support of this motion, consistent with District of Minnesota Local Rule 7.1(b). This motion is based on all the files, pleadings, and records in this case, as well as the memorandum of law, all affidavits and exhibits, and the proposed order, to be filed at least 42 days prior to the hearing pursuant to Local Rule 7.1.

Dated:  October 28, 2011    **GREENE ESPEL P.L.L.P.**

  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
(612) 373-0830

and

**JENNER & BLOCK L.L.P.**

Barbara S. Steiner, IL Reg. No. 2719665
Matthew J. Thomas, IL Reg. No. 6244009
353 N. Clark Street
Chicago, IL  60654
bsteiner @jenner.com
mthomas@jenner.com
(312) 222-9350

Attorneys for Defendant WMC Mortgage, LLC, as successor to WMC Mortgage Corporation