IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**NOTICE OF HEARING ON DEFENDANT WMC'S MOTION TO DISMISS** |

TO: Plaintiff and its attorneys, Justin H. Perl, Maslon Edelman Borman & Brand, LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-4140 and Marc E. Kasowitz, Michael M. Fay, and Uri A. Itkin, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019; and

Defendant EquiFirst Corporation and its attorneys, Richard T. Ostlund and Randy G. Gullickson, Anthony, Ostlund Baer & Louwagie PA, 90 South Seventh Street, Minneapolis, MN 55402-4140; David B. Bergman, Arnold & Porter LLP, 555 12th Street Northwest, Washington DC 20004-1206; and Nicholas M. DePalma, Arnold & Porter LLP, 1600 Tysons Boulevard, McLean VA 22102-4865.

PLEASE TAKE NOTICE that on February 9, 2012 at 10:30 a.m., before The Honorable Paul A. Magnuson, Judge of the United States District Court for the District of Minnesota, in Courtroom 7D, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, Greene Espel P.L.L.P, local counsel for Defendant WMC Mortgage Corporation, will move this Court for an Order granting its motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: October 28, 2011          **GREENE ESPEL P.L.L.P.**

      s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
aluger@greeneespel.com
jgassman-pines@greenesspel.com
(612) 373-0830

and

**JENNER & BLOCK L.L.P.**

Barbara S. Steiner, IL Reg. No. 2719665
Matthew J. Thomas, IL Reg. No. 6244009
353 N. Clark Street
Chicago, IL 60654
bsteiner @jenner.com
mthomas@jenner.com
(312) 222-9350

Attorneys for Defendant WMC Mortgage, LLC, as successor to WMC Mortgage Corporation