IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT WMC MORTGAGE CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, WMC Mortgage Corporation hereby provides the following disclosure:

WMC Mortgage, LLC, successor to WMC Mortgage Corporation, is a limited liability company whose sole member is General Electric Capital Corporation. General Electric Capital Corporation is a subsidiary of General Electric Capital Services, Inc., which is a subsidiary of General Electric Company. General Electric Company is a publicly-owned corporation whose stock is publicly traded. WMC Mortgage, LLC is not aware of any publicly-held company that owns 10% or more of its stock.

Dated:  October 28, 2011 **GREENE ESPEL P.L.L.P.**

  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
(612) 373-0830

and

**JENNER & BLOCK L.L.P.**

Barbara S. Steiner, IL Reg. No. 2719665
Matthew J. Thomas, IL Reg. No. 6244009
353 N. Clark Street
Chicago, IL 60654
bsteiner @jenner.com
mthomas@jenner.com
(312) 222-9350

Attorneys for Defendant WMC Mortgage, LLC,
as successor to WMC Mortgage Corporation