UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTER Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling And Servicing Agreement, dated as of August 1, 2006<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>Defendants. | Case No. 0:11-cv-02542-PAM-TNL<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT EQUIFIRST CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, EquiFirst Corporation hereby provides the following disclosure:

Defendant EquiFirst Corporation is owned by EFC Holdings Corporation, which in turn is a wholly owned subsidiary of Barclays Capital Real Estate, Inc. Barclays Capital Real Estate, Inc. is an indirect subsidiary of Barclays Group US, which in turn is owned by Barclays PLC. Barclays PLC is publicly traded on the New York Stock Exchange and the London Stock Exchange.

#298286

Dated: October 28, 2011                    **ANTHONY OSTLUND BAER**
                                           **& LOUWAGIE P.A.**


                                           By:   *s/Randy G. Gullickson*
                                              Richard T. Ostlund, #144277
                                              Randy G. Gullickson, #185607
                                           3600 Wells Fargo Center
                                           90 South Seventh Street
                                           Minneapolis, MN  55402
                                           Telephone: 612-349-6969
                                           Facsimile: 612-349-6996
                                           Email: rostlund@aoblaw.com
                                           Email: rgullickson@aoblaw.com

                                           and

                                           **ARNOLD & PORTER LLP**

                                           David B. Bergman
                                           *(admitted pro hac vice)*
                                           Nicholas M. DePalma
                                           *(admitted pro hac vice)*
                                           555 Twelfth Street, NW
                                           Washington, DC  20004-1206
                                           Telephone: 202-942-5000
                                           Facsimile: 202-942-5999
                                           Email: David.Bergman@aporter.com
                                           Email: Nicholas.Depalma@aporter.com

                                           **ATTORNEYS FOR DEFENDANT**
                                           **EQUIFIRST CORPORATION**