UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTER Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling And Servicing Agreement, dated as of August 1, 2006<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>Defendants. | Case No. 0:11-cv-02542-PAM-TNL<br><br>**DECLARATION OF RENEE PARLATO IN SUPPORT OF EQUIFIRST'S MOTION TO DISMISS THE COMPLAINT** |

1.     My name is Renee Parlato. I served as the Regulatory Compliance Manager of EquiFirst Corporation. I have personal knowledge of the facts herein.

2.     Attached as Exhibit A is a true and correct copy of the Master Seller's Purchase, Warranties and Interim Servicing Agreement, dated May 1, 2006 between UBS Real Estate Securities, Inc. and EquiFirst.

3.     Attached as Exhibit B is a true and correct copy of the following correspondence:

     a.     Notice of Claim letter from U.S. Bank National Association to EquiFirst dated October 15, 2010 (not including the CD);

     b.     Letter from EquiFirst to U.S. Bank dated November 30, 2010;

     c.     Letter from U.S. Bank National Association to EquiFirst dated February 2, 2011; and

    d.    Letter from EquiFirst to U.S. Bank dated February 17, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of December, 2011.

Renée Parlato