# PARLATO DECLARATION EXHIBIT B



All of **us** serving you™

Corporate Trust Services

EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107-2292

October 15, 2010

EquiFirst Corporation
13000 S. Tryon Street, Sutie FPMB317
Charlotte, NC 28278
Attention: Mike McCardle

Re:   MASTR Asset Backed Securities Trust 2006-HE3 (the "Transaction") - -
Loans Subject to Repurchase by WMC Mortgage Corp. ("Originator") Under Pooling and Servicing Agreement dated as of August 1, 2006, (the "PSA") and Amended and Restated Master Seller's Purchase, Warranties and Interim Servicing Agreement dated as of May 1, 2006 ("Purchase Agreement")- - Mortgage Loans Described on Schedule I hereto (the "Subject Loans")

To Whom It May Concern:

U.S. Bank National Association, as Trustee (the "Trustee") for holders of securities issued pursuant to the above-referenced Transaction, hereby notifies Originator of its obligations under Section 2.03 of the PSA and Section 3.02 of the Purchase Agreement to cure or substitute the Subject Loans held in the Transaction collateral pool, based upon breach of representations or warranties, as identified in the attached correspondence under the Purchase Agreement provisions identified for each such loan on Schedule I. Under the Purchase Agreement 60 days (the "Correction Period") is provided for Originator to cure or substitute new complying loans for the Subject Loans.

If Originator does not complete the cure or substitution of any Subject Loans prior to the end of the Correction Period, it shall be legally obligated to repurchase such Subject Loans at the price required by the Purchase Agreement.

Please contact immediately Josh Grimard at Wells Fargo josh.s.grimard@wellsfargo.com or 443-367-3908, at the Master Servicer, to make arrangements for the cure or substitution of each Subject Loan.

The password for the enclosed disk is d4On1maW (please note the O is a capital letter and not a zero).

Sincerely,

U.S. Bank National Association,
as Trustee

By _____
Its      Vice President

Cc: UBS Real Estate Securities Inc.
1285 Avenue of the Americas
New York, New York 10019
Attention: John Lantz

UBS Real Estate Securities Inc. (Schedule I available upon written request to the Trustee)
1285 Avenue of the Americas
New York, New York 10019
Attention: General Counsel

Wells Fargo Bank, N.A. (Schedule I available upon written request to the Trustee)
P.O. Box 98
Columbia, MD 21046
Attention: Client Manager – MASTR 2006-HE3

Wells Fargo Bank, N.A. (Schedule I available upon written request to the Trustee)
9062 Old Annapolis Road
Columbia, MD 21045
Attention: Client Manager – MASTR 2006-HE3

Wells Fargo Bank, N.A. (Schedule I available upon written request to the Trustee)
Sixth Street and Marquette Avenue
Minneapolis, MN 55479
Attention: Client Manager – MASTR 2006-HE3

Schedule I

(Enclosed CD)

# Result of 200 Loan Audit for MASTR Asset Backed Securities Trust 2006-HE3

| Loan Number | Audit Result | Description of Issue | Originator |
|---|---|---|---|
| 325051639 | Material Defect | Employment/Income | EquiFirst |
| 325051803 | Material Defect | Multiple Issues | EquiFirst |
| 325052348 | Material Defect | Multiple Issues | EquiFirst |
| 325052363 | Material Defect | Occupancy | EquiFirst |
| 325052447 | Material Defect | Multiple Issues | EquiFirst |
| 325052504 | Material Defect | Undisclosed Debt | EquiFirst |
| 325052553 | Material Defect | Multiple Issues | EquiFirst |
| 325052561 | Material Defect | Employment/Income | EquiFirst |
| 325052611 | Material Defect | Employment/Income | EquiFirst |
| 325052769 | Material Defect | Employment/Income | EquiFirst |
| 325052850 | Material Defect | Employment/Income | EquiFirst |
| 325052926 | Material Defect | Occupancy | EquiFirst |
| 325053007 | Material Defect | Multiple Issues | EquiFirst |
| 325053023 | Material Defect | Employment/Income | EquiFirst |
| 325053049 | Material Defect | Multiple Issues | EquiFirst |
| 325053098 | Material Defect | Employment/Income | EquiFirst |
| 325053270 | Material Defect | Multiple Issues | EquiFirst |
| 325053312 | Material Defect | Undisclosed Debt | EquiFirst |
| 325053510 | Material Defect | Employment/Income | EquiFirst |
| 325053908 | Material Defect | Employment/Income | EquiFirst |
| 325054104 | Material Defect | Employment/Income | EquiFirst |
| 325054120 | Material Defect | Employment/Income | EquiFirst |
| 325054138 | Material Defect | Multiple Issues | EquiFirst |
| 325054211 | Material Defect | Employment/Income | EquiFirst |
| 325054468 | Material Defect | Multiple Issues | EquiFirst |
| 325054542 | Material Defect | Employment/Income | EquiFirst |
| 325054567 | Material Defect | Employment/Income | EquiFirst |
| 325054575 | Material Defect | Multiple Issues | EquiFirst |
| 325054682 | Material Defect | Employment/Income | EquiFirst |
| 325054773 | Material Defect | Employment/Income | EquiFirst |
| 325054849 | Material Defect | Employment/Income | EquiFirst |
| 325055242 | Material Defect | Occupancy | EquiFirst |
| 325055366 | Material Defect | Multiple Issues | EquiFirst |
| 325055523 | Material Defect | Employment/Income | EquiFirst |

| Loan Number | Material/Non Material | Issue | Originator |
|---|---|---|---|
| 325055549 | Material Defect | Multiple Issues | EquiFirst |
| 325055580 | Material Defect | Multiple Issues | EquiFirst |
| 325055630 | Material Defect | Employment/Income | EquiFirst |
| 325055770 | Material Defect | Employment/Income | EquiFirst |
| 325055846 | Material Defect | Employment/Income | EquiFirst |
| 325055861 | Material Defect | Multiple Issues | EquiFirst |
| 325055929 | Material Defect | Employment/Income | EquiFirst |
| 325056059 | Material Defect | Employment/Income | EquiFirst |
| 325056125 | Material Defect | Asset Shortage | EquiFirst |
| 325056158 | Material Defect | Multiple Issues | EquiFirst |
| 325056174 | Material Defect | Multiple Issues | EquiFirst |
| 325056315 | Material Defect | Undisclosed Debt | EquiFirst |
| 325056414 | Material Defect | Multiple Issues | EquiFirst |
| 325056448 | Material Defect | Multiple Issues | EquiFirst |
| 325056604 | Material Defect | Multiple Issues | EquiFirst |
| 325056612 | Material Defect | Occupancy | EquiFirst |
| 325056653 | Material Defect | Occupancy | EquiFirst |
| 325055648 | Non Material | | EquiFirst |
| 325055622 | Non Material | | EquiFirst |
| 325055465 | Non Material | | EquiFirst |
| 325055184 | Non Material | | EquiFirst |
| 325054500 | Non Material | | EquiFirst |
| 325054146 | Non Material | | EquiFirst |
| 325054054 | Non Material | | EquiFirst |
| 325053999 | Non Material | | EquiFirst |
| 325053114 | Non Material | | EquiFirst |
| 325052959 | Non Material | | EquiFirst |
| 325052900 | Non Material | | EquiFirst |
| 325052819 | Non Material | | EquiFirst |
| 325052793 | Non Material | | EquiFirst |
| 325052694 | Non Material | | EquiFirst |
| 325052520 | Non Material | | EquiFirst |
| 325051852 | Non Material | | EquiFirst |
| 325051787 | Non Material | | EquiFirst |
| 325051704 | Non Material | | EquiFirst |

| Total Loans: | 69 |
|---|---|
| Total Material Issues: | 51 |



November 30, 2010


UBS Real Estate Securities Inc
1285 Avenue of the Americas
New York, NY 10019

Attn: John Lantz
RE: US Bank Cure Notice Dated October 15, 2010


Dear Mr. Lantz,

This request to cure notice was submitted by US Bank to Equifirst on 10/15/10 and includes a pool of 51 loans. The loans are summarized in the 1st attachment labeled MASTR Asset Backed Securities Trust 2006_HE3 with a more detailed analysis provided in the attachment labeled 10_10 UBS Repurchase Pool.

First, we would respectfully request loan for Chambers (0325056604) be removed from the request since US Bank confirmed the loan is paid in full.

Second, all remaining loans are being rebutted based on the following argument: EquiFirst has reviewed the referenced request that we repurchase certain loans originated by EquiFirst. After reviewing the situation, we do not believe that your request provides sufficient grounds to demand repurchase under the terms of the applicable MLPA. Furthermore, based upon market conditions it does not appear that these requests were made in a manner that otherwise would permit us to timely or sufficiently mitigate any potential loss to EquiFirst. Based upon these factors, we are denying the request for repurchase.

Please review the enclosed documents and let me know if you have any questions.


Sincerely,



Mike McCardle
EquiFirst Corporation
Asset Quality/Repurchase Specialist
Phone: 803-431-3068
Email: mike.mccardle@barclayscapital.com



**Corporate Trust Services**

60 Livingston Avenue
St. Paul, MN 55107

February 2, 2011

EquiFirst Corporation
13000 S. Tryon Street, Sutie FPMB317
Charlotte, NC 28278
Attention: Renee Parlato

Re: MASTR Asset Backed Securities Trust 2006-HE3 (the "Transaction") --
Loans Subject to Repurchase by EquiFirst Corporation ("Originator") Under Pooling and Servicing Agreement dated as of August 1, 2006, (the "PSA") and Amended and Restated Master Seller's Purchase, Warranties and Interim Servicing Agreement dated as of May 1, 2006 ("Purchase Agreement")- - Mortgage Loans Described on Schedule I hereto (the "Subject Loans")

To Ms Parlato:

U.S. Bank National Association, as Trustee (the "Trustee") for holders of securities issued pursuant to the above-referenced Transaction, by letter dated October 15, 2010 and January 14, 2011, previously notified Originator, after the Trustee received notice from the Securities Administrator, of the Originators obligations under the Agreement to cure or substitute mortgage loans identified on Schedule I hereto (the "Subject Loans") which are held in the Transaction collateral pool, based upon breach of representations or warranties, documentation defects and/or early period payment defaults related to such Subject Loans. Under the Agreement a specified period of 60 days (the "Correction Period") is provided for Originator to cure or substitute new complying loans for the Subject Loans.

Originator has requested the Trustee to provide an additional copy of the supporting documentation previously sent on October 15, 2010 regarding the Subject Loans which is hereby enclosed. The password to open the disk has been sent to you via e-mail.

Pursuant to the Agreement, the Trustee hereby demands that Originator repurchase each of the Subject Loans as required by the Agreement and at the price (the "Purchase Price") for each such loan specified on Schedule I.

You are directed to contact immediately Josh Grimard at Wells Fargo josh.s.grimard@wellsfargo.com or 443-367-3908, at the Master Servicer, to make arrangements for the deposit of the Purchase Price for each Subject Loan into the Collection Account and Bradley Johnson at Wells Fargo Bradley.D.Johnson@wellsfargo.com or 612-667-4259 at the Custodian to arrange for transfer of the Subject Loans upon Servicer receipt of the Purchase Price. Failure to complete repurchase of Subject Loans will create legal remedies enforceable against Originator for collection of the Purchase Price and other damages.

If Originator is currently a debtor in a proceeding commenced under the United States Bankruptcy Code, the above notice, demand and direction regarding Originator's repurchase of Subject Loans are not intended to be made in contravention of any related bankruptcy stay, and are hereby rescinded and this letter is for informational purposes only.

Sincerely,

U.S. Bank National Association,
as Trustee

By _____
Its _Vice President_

2

## Schedule I: Loan Numbers

| | | |
|---|---|---|
| 325051639 | 325054211 | 325056414 |
| 325051803 | 325054468 | 325056448 |
| 325052348 | 325054542 | 325056604 |
| 325052363 | 325054567 | 325056612 |
| 325052447 | 325054575 | 325056653 |
| 325052504 | 325054682 | 325055648 |
| 325052553 | 325054773 | 325055622 |
| 325052561 | 325054849 | 325055465 |
| 325052611 | 325055242 | 325055184 |
| 325052769 | 325055366 | 325054500 |
| 325052850 | 325055523 | 325054146 |
| 325052926 | 325055549 | 325054054 |
| 325053007 | 325055580 | 325053999 |
| 325053023 | 325055630 | 325053114 |
| 325053049 | 325055770 | 325052959 |
| 325053098 | 325055846 | 325052900 |
| 325053270 | 325055861 | 325052819 |
| 325053312 | 325055929 | 325052793 |
| 325053510 | 325056059 | 325052694 |
| 325053908 | 325056125 | 325052520 |
| 325054104 | 325056158 | 325051852 |
| 325054120 | 325056174 | 325051787 |
| 325054138 | 325056315 | (325051704) |

3



February 17, 2011

Shannon Rantz
U.S Bank National Association as Trustee
60 Livingston Ave
St. Paul, MN 55107

RE: US Bank Cure Notice Dated October 15, 2010

Dear Ms. Rantz,

This request to cure notice was submitted by US Bank to Equifirst on 10/15/10 and includes a pool of 51 loans. The loans are summarized in the 1st attachment labeled MASTR Asset Backed Securities Trust 2006_HE3 with a more detailed analysis provided in the attachment labeled 10_10 UBS Repurchase Pool.

First, we would respectfully request loan for Chambers (0325056604) be removed from the request since US Bank confirmed the loan is paid in full.

Second, all remaining loans are being rebutted based on the following argument: EquiFirst has reviewed the referenced request that we repurchase certain loans originated by EquiFirst. After reviewing the situation, we do not believe that your request provides sufficient grounds to demand repurchase under the terms of the applicable MLPA. Furthermore, based upon market conditions it does not appear that these requests were made in a manner that otherwise would permit us to timely or sufficiently mitigate any potential loss to EquiFirst. Based upon these factors, we are denying the request for repurchase.

Please feel free to contact me if you have any questions at renee.parlato@barclayscapital.com.

Sincerely,

Renee Parlato
EquiFirst Corporation
Regulatory Compliance Manager

Cc:  UBS Real Estate Securities Inc.
1285 Avenue of the Americas
New York, NY 10019
Attn: John Lantz

UBS Real Estate Securities Inc.
1285 Avenue of the Americas
New York, NY 10019
Attn: General Counsel

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Client Manager – MASTR 2006-HE3

Wells Fargo Bank, N.A.
9062 Old Annapolis Road
Columbia MD 21045
Attn: Client Manager – MASTR 2006-HE3

Wells Fargo Bank, N.A. Sixth Street and Marquette Avenue
Minneapolis, MN 55479
Attn: Client Manager – MASTR 2006-HE3