IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>         Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>         Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**AFFIDAVIT OF JENNY GASSMAN-PINES IN SUPPORT OF WMC'S MOTION TO DISMISS** |

Jenny Gassman-Pines, being first duly sworn, deposes and states as follows:

1. I am an attorney at law, licensed to practice in the courts of the State of Minnesota. I am employed by the law firm of Greene Espel P.L.L.P., counsel to WMC Mortgage, LLC, on behalf of Defendant WMC Mortgage Corporation ("WMC"). I submit this affidavit in support of WMC's Motion to Dismiss

2. Attached hereto as exhibits and cited in support of WMC's Motion to Dismiss are true and correct copies of the following documents, as described with particularity below:

  Exhibit A: Amended and Restated Master Seller's Purchase and Warranties Agreement between WMC and UBS Real Estate Securities, Inc, referenced primarily at ¶¶ 12-14 and 16-17 of U.S. Bank's Complaint.

  Exhibit B: Excerpts from the MASTR Asset Backed Securities Trust 2006-HE3 Prospectus Supplement, which is publicly available on Edgar.

FURTHER AFFIANT SAITH NOT.

    s/ Jenny Gassman-Pines
Jenny Gassman-Pines

Subscribed and sworn to before me
this 29th day of December, 2011.

  s/ Susann M. Holenko
Notary Public