IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>                                       Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>                                       Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

       I hereby certify that on December 29, 2011, I caused the following proposed order relating to the following documents filed via ECF:

1. Defendant WMC's Memorandum in Support of Its Motion to Dismiss;

2. Defendant WMC's LR 7.1 Word Count Certificate;

3. Affidavit of Jenny Gassman-Pines in Support of WMC's Motion to Dismiss (w/exhibits); and

4. Certificate of Service of Proposed Order

to be filed with the court via email to the following judge who is hearing the motion:

       magnuson_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- **David B Bergman**
  **david.bergman@aporter.com**

- **Nicholas M DePalma**
  nicholas.depalma@aporter.com

- **Michael M Fay**
  mfay@kasowitz.com

- **Jenny Gassman-Pines**
  jgassman-pines@greeneespel.com,sholenko@greeneespel.com,
  lbulson@greeneespel.com

- **Randy G Gullickson**
  rgullickson@aoblaw.com,mrossi@aoblaw.com,bbecker@aoblaw.com

- **Uri A Itkin**
  uitkin@kasowitz.com

- **Marc E Kasowitz**
  mkasowitz@kasowitz.com,courtnotices@kasowitz.com

- **Andrew M Luger**
  aluger@gr-espel.com,amertz@gr-espel.com

- **Richard T Ostlund**
  rostlund@aoblaw.com,mrossi@aoblaw.com,bbecker@aoblaw.com

- **Justin H Perl**
  justin.perl@maslon.com,amy.knott@maslon.com

- **Barbara S. Steiner**
  bsteiner@jenner.com

- **Matthew J. Thomas**
  mthomas@jenner.com

Dated:  December 29, 2011

    s/ Jenny Gassman-Pines
    Jenny Gassman-Pines