IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**DEFENDANT WMC'S LR 7.1 WORD COUNT CERTIFICATE** |

Pursuant to Local Rule 7.1(e), the undersigned certifies that Defendant WMC's Reply in Support of Its Motion to Dismiss complies with the type and length limitations of Local Rule 7.1(c) and (e). The brief was prepared using Microsoft Word 2007 (using the Word 97-2003 file format), which reports that the text of the brief, including headings, footnotes, and quotations, contains 6,413 words.

The original memorandum contained 5,487 words. Therefore, the cumulative total of the original memorandum and the reply memorandum is 11,900 words.

Dated:  January 26, 2012    **GREENE ESPEL P.L.L.P.**

  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
 (612) 373-0830

and

**JENNER & BLOCK**

Barbara S. Steiner, IL Reg. No. 2719665
Matthew J. Thomas, IL Reg. No. 6244009
353 N. Clark Street
Chicago, IL  60654
bsteiner @jenner.com
mthomas@jenner.com
(312) 222-9350

Attorneys for Defendant WMC Mortgage Corporation