UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, Trustee,<br><br>            Plaintiff,<br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>            Defendants. | Civil No. 11-2542 (PAM/TNL)<br><br>**ORDER** |

This matter is before the Court on Plaintiff's request for permission to file a Motion for Reconsideration of this Court's February 16, 2012, Order (Docket No. 35), granting in part Defendants' Motions to Dismiss and dismissing Defendant EquiFirst from the case. Under Local Rule 7.1(h), Plaintiffs must establish that "compelling circumstances" warrant the reconsideration of the Court's Order. D. Minn. L.R. 7.1(h).

Plaintiffs argue that the Court was mistaken in its conclusion that Wells Fargo was the service of the trust because Wells Fargo was the "Master Servicer." The Court is convinced that, for purposes of notice under the relevant agreements, notice to the Master Servicer is notice to the Trust. Plaintiff has failed to establish the compelling circumstances required for reconsideration of the Court's previous Order.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's request to file a Motion for Reconsideration (Docket No. 38) is **DENIED**.

Dated:  February 27, 2012

                                          *s/Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Court Judge