## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling And Servicing Agreement, dated as of August 1, 2006,

Plaintiff,

v.

WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,

Defendants.

Case No.:  11-cv-02542 PAM-TNL

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

It is hereby stipulated by and between Plaintiff, MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association ("U.S. Bank"), and Defendant, WMC Mortgage Corporation ("WMC Mortgage"), that the deadline to answer the Complaint against WMC Mortgage is extended to March 15, 2012.

Dated:  February 27, 2012     **MASLON EDELMAN BORMAN  & BRAND, LLP**

By      s/ Justin H. Perl
   Justin H. Perl (#151397)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200
justin.perl@maslon.com

                                             **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Marc E. Kasowitz (mkasowitz@kasowitz.com)
Michael M. Fay (mfay@kasowitz.com)
Uri A. Itkin (uitkin@kasowitz.com)
1633 Broadway
New York, NY  10019
(212) 506-1700

**Attorneys for Plaintiff MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**

Dated: February 27, 2012      **GREENE ESPEL P.L.L.P.**


By    s/ Jenny Gassman-Pines
   Andrew M. Luger (#189261)
   Jenny Gassman-Pines (#386511)
Suite 1200
200 South Sixth Street
Minneapolis, MN  55402-1415
(612) 373-0830
aluger@greeneespel.com
jgassman-pines@greeneespel.com

**JENNER & BLOCK**
Barbara S. Steiner (bsteiner@jenner.com)
Matthew J. Thomas (mthomas@jenner.com)
Jenner & Block
353 N. Clark Street
Chicago, IL  60654-3456
(312) 222-9350

**Attorneys for WMC Mortgage, LLC, as successor to Defendant WMC Mortgage Corporation**