IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling And Servicing Agreement, dated as of August 1, 2006,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>　　　　　　　　　　　　Defendants. | Case No. 11-cv-2542 (PAM/TNL)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on February 27, 2012, I caused the following proposed order:

　　Proposed Order (re: Stipulation to Extend Time to Answer Complaint - Dkt. #40)

to be filed with the court via email to the following judge who is hearing the stipulation:

　　Magistrate Judge Tony N. Leung
　　leung_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

　　David B Bergman
　　david.bergman@aporter.com

　　Nicholas M DePalma
　　nicholas.depalma@aporter.com

　　Michael M Fay
　　mfay@kasowitz.com

Jenny Gassman-Pines
jgassman-pines@greeneespel.com; sholenko@greeneespel.com; lbulson@greeneespel.com

Randy G Gullickson
rgullickson@aoblaw.com; mrossi@aoblaw.com; bbecker@aoblaw.com

Uri A Itkin
uitkin@kasowitz.com

Marc E Kasowitz
mkasowitz@kasowitz.com; courtnotices@kasowitz.com

Andrew M Luger
aluger@gr-espel.com; amertz@gr-espel.com

Richard T Ostlund
rostlund@aoblaw.com; mrossi@aoblaw.com; bbecker@aoblaw.com

Justin H Perl
justin.perl@maslon.com; amy.knott@maslon.com

Barbara S. Steiner
bsteiner@jenner.com

Matthew J. Thomas
mthomas@jenner.com

Dated:  February 27, 2012                s/ Jenny Gassman-Pines
                                         Jenny Gassman-Pines