## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling And Servicing Agreement, dated as of August 1, 2006,<br><br>      Plaintiff,<br><br>  v.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>      Defendants. | Case No.:  11-cv-02542 PAM-TNL<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

Pursuant to the Stipulation to Extend Time for Defendant WMC Mortgage Corporation to respond to the Complaint (Doc. No. 40), entered into by the parties,

**IT IS HEREBY ORDERED** that the time for Defendant WMC Mortgage Corporation to answer the Complaint is extended to and including March 15, 2012.

Dated: February 28, 2012

            ____*s/ Tony N. Leung*_____
            Tony N. Leung
            United States Magistrate Judge