# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>Defendants. | Case No.:  11-cv-02542 PAM-TNL<br><br>**MOTION FOR ISSUANCE OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)** |

Plaintiff MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee, hereby moves the Court for issuance of a final judgment pursuant to Fed. R. Civ. P. 54(b), directing entry of final judgment of the Court's:  (a) February 16, 2012 Order (the "February 16 Order"), to the extent it dismissed Plaintiff's claims against Defendant EquiFirst Corporation; and (b) February 27, 2012 Order, which denied Plaintiff's request for permission to file a Motion for Reconsideration of the February 16 Order.

Said motion will be based upon all the files, records and proceedings herein, including the Memorandum of Law submitted herewith.

Dated: March 14, 2012     **MASLON EDELMAN BORMAN & BRAND, LLP**

By s/ Justin H. Perl
   Justin H. Perl (#151397)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200
justin.perl@maslon.com

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
   Marc E. Kasowitz
   Michael M. Fay
   Uri A. Itkin
1633 Broadway
New York, NY 10019
(212) 506-1700
mkasowitz@kasowitz.com
mfay@kasowitz.com
uitkin@kasowitz.com

**Attorneys for Plaintiff MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**

875035