## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. BANK NATIONAL ASSOCIATION, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>      Plaintiff,<br><br>  v.<br><br>WMC MORTGAGE CORPORATION and EQUIFIRST CORPORATION,<br><br>      Defendants. | Case No.:  11-cv-02542 PAM-TNL<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 14, 2012, I caused the following proposed order:

**ORDER REGARDING MOTION FOR ISSUANCE OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**

to be filed with the Court via e-mail to the following judge:

    magnuson_chambers@mnd.uscourts.gov

and I further certify that I caused a copy of the proposed order to be e-mailed to the following parties:

- **David B Bergman**
  david.bergman@aporter.com
- **Nicholas M DePalma**
  nicholas.depalma@aporter.com
- **Michael M Fay**
  mfay@kasowitz.com
- **Jenny Gassman-Pines**
  jgassman-pines@greeneespel.com
- **Randy G Gullickson**
  rgullickson@aoblaw.com
- **Uri A Itkin**
  uitkin@kasowitz.com
- **Marc E Kasowitz**
  mkasowitz@kasowitz.com

- **Andrew M Luger**
  aluger@gr-espel.com
- **Richard T Ostlund**
  rostlund@aoblaw.com
- **Barbara S. Steiner**
  bsteiner@jenner.com
- **Matthew J. Thomas**
  mthomas@jenner.com

Dated: March 14, 2012  **MASLON EDELMAN BORMAN & BRAND, LLP**

By s/ Justin H. Perl
   Justin H. Perl (#151397)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200
justin.perl@maslon.com

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
   Marc E. Kasowitz
   Michael M. Fay
   Uri A. Itkin
1633 Broadway
New York, NY 10019
(212) 506-1700
mkasowitz@kasowitz.com
mfay@kasowitz.com
uitkin@kasowitz.com

**Attorneys for Plaintiff MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**

875035