IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**DEFENDANT WMC'S MOTION FOR SUMMARY JUDGMENT** |

WMC Mortgage, LLC ("WMC"), as successor to WMC Mortgage Corp. (misnamed in the Complaint as WMC Mortgage Corporation), hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56. This motion is based upon the memoranda of law and accompanying evidence to be served and filed pursuant to Local Rule 7.1, any further evidence and argument to be presented at or before the hearing, and all of the files, records and proceedings herein. The grounds for the motion and relief requested will be stated with particularity in the memoranda of law and proposed order.

| | |
|---|---|
| Dated: March 23, 2012 | **GREENE ESPEL P.L.L.P.** |

                                        s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
(612) 373-0830

and

**JENNER & BLOCK L.L.P.**

Barbara S. Steiner, IL Reg. No. 2719665
Matthew J. Thomas, IL Reg. No. 6244009
353 N. Clark Street
Chicago, IL  60654
bsteiner @jenner.com
mthomas@jenner.com
(312) 222-9350

Attorneys for Defendant WMC Mortgage, LLC, as successor to WMC Mortgage Corp.