IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>Defendants. | Case No. 11-2542 (PAM/TNL)<br><br><br>**ORDER** |

WMC Mortgage, LLC, as successor to defendant WMC Mortgage Corp. ("WMC"), has requested permission to file Exhibit 4 to the Declaration of Rosie Nguyencuu under seal as it contains information about individuals who are not the subject of this lawsuit, who may assert that the information constitutes personal financial information.

IT IS ORDERED that Exhibit 4 to the Declaration of Rosie Nguyencuu may be filed under seal.

Dated: May 31, 2012

 s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge