IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**AMENDED NOTICE OF HEARING ON DEFENDANT WMC'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

TO: Plaintiff and its attorneys, Justin H. Perl, Maslon Edelman Borman & Brand, LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-4140 and Marc E. Kasowitz, Michael M. Fay, and Uri A. Itkin, Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019; and

Defendant EquiFirst Corporation and its attorneys, Richard T. Ostlund and Randy G. Gullickson, Anthony, Ostlund Baer & Louwagie PA, 90 South Seventh Street, Minneapolis, MN 55402-4140; David B. Bergman, Arnold & Porter LLP, 555 12th Street Northwest, Washington DC 20004-1206; and Nicholas M. DePalma, Arnold & Porter LLP, 1600 Tysons Boulevard, McLean VA 22102-4865.

PLEASE TAKE NOTICE that WMC Mortgage, LLC ("WMC"), as successor to WMC Mortgage Corp. (misnamed in the Complaint as WMC Mortgage Corporation), will move the Court for an order granting partial summary judgment on July 12, 2012, at 2:00 p.m., or as soon thereafter as counsel can be heard, before The Honorable Paul A. Magnuson, Judge of the United States District Court for the District of Minnesota, in

Courtroom 7D, Warren E. Berger Federal Building, 316 N. Robert Street, St. Paul, Minnesota 55101.

Dated:  May 31, 2012                                         **GREENE ESPEL P.L.L.P.**

                                            s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greenesspel.com
(612) 373-0830

and

**JENNER & BLOCK L.L.P.**

Barbara S. Steiner, IL Reg. No. 2719665
Matthew J. Thomas, IL Reg. No. 6244009
353 N. Clark Street
Chicago, IL  60654
bsteiner @jenner.com
mthomas@jenner.com
(312) 222-9350

Attorneys for Defendant WMC Mortgage, LLC, as successor to WMC Mortgage Corp.