# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*EXHIBIT 4 TO AFFIDAVIT OF*
*ROSIE NGUYENCUU*

MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,

                Plaintiff,

v.                                                                                        Case Number: 11-2542 (PAM/TNL)

WMC Mortgage Corporation and EquiFirst Corporation,

                Defendants

---

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

    Exhibit 4 – Loan documents

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Document number of protective order: ___ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: ___ )

__ X __  Other (description):  Ex. 4 (CD) filed under seal pursuant to Order [Dkt. No. 50]

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).