IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, solely in its Capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of August 1, 2006,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WMC Mortgage Corporation and EquiFirst Corporation,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 11-2542 (PAM/TNL)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

　　　　I hereby certify that on May 31, 2012, I caused the following proposed order relating to the following documents filed via ECF:

　　　1.　　Defendant WMC's Amended Motion for Partial Summary Judgment;

　　　2.　　Amended Notice of Hearing on Defendant WMC's Amended Motion for Partial Summary Judgment;

　　　3.　　Defendant WMC's Memorandum in Support of Its Amended Motion for Partial Summary Judgment;

　　　4.　　Defendant WMC's LR 7.1 Word Count Certificate;

　　　5.　　Declaration of Rosie Nguyencuu in Support of WMC's Amended Motion for Partial Summary Judgment (w/exhibits); and

　　　6.　　Certificate of Service of Proposed Order

to be filed with the court via email to the following judge who is hearing the motion:

　　　magnuson_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- **David B Bergman**
  david.bergman@aporter.com

- **Nicholas M DePalma**
  nicholas.depalma@aporter.com

- **Michael M Fay**
  mfay@kasowitz.com

- **Jenny Gassman-Pines**
  jgassman-pines@greeneespel.com,sholenko@greeneespel.com,
  lbulson@greeneespel.com

- **Randy G Gullickson**
  rgullickson@aoblaw.com,mrossi@aoblaw.com,bbecker@aoblaw.com

- **Uri A Itkin**
  uitkin@kasowitz.com

- **Marc E Kasowitz**
  mkasowitz@kasowitz.com,courtnotices@kasowitz.com

- **Andrew M Luger**
  aluger@gr-espel.com,amertz@gr-espel.com

- **Richard T Ostlund**
  rostlund@aoblaw.com,mrossi@aoblaw.com,bbecker@aoblaw.com

- **Justin H Perl**
  justin.perl@maslon.com,amy.knott@maslon.com

- **Barbara S. Steiner**
  bsteiner@jenner.com

- **Matthew J. Thomas**
  mthomas@jenner.com

Dated:  May 31, 2012

                                       _s/ Jenny Gassman-Pines_
                                       Jenny Gassman-Pines