RE: *MASTR Asset Backed Securities Trust 2006-HE3 v. WMC Mortgage Corporation*
Court File No.: 11-2542 (PAM/TNL)

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) ss. | AFFIDAVIT OF SERVICE BY |
| COUNTY OF HENNEPIN | ) | FEDERAL EXPRESS |

Susann M. Holenko, being duly sworn says that on the 31st day of May, 2012, she served the following:

Ex. 4 to Declaration of Rosie Nguyencuu in Support of WMC's Amended Motion for Partial Summary Judgment (CD - FILED UNDER SEAL)

by enclosing in an envelope directed to the following via Federal Express at their last known address(es):

Justin H. Perl
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140

Michael M. Fay
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

David B. Bergman
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC  20004-1206

Richard T. Ostlund
Anthony Ostlund Baer & Louwagie P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

_____
Susann M. Holenko

Subscribed and sworn to before me
this /2 day of June, 2012.

_____
Notary Public

